# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>REYNALDO VILLANUEVA,<br><br>        Defendant. | Case No. 1:20-mj-00052-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY GOVERNMENT'S MOTION TO A PROTECTIVE ORDER SHOULD NOT BE DEEMED UNOPPOSED<br><br>FIVE DAY DEADLINE |

    An informal telephonic conference was held in this matter on April 30, 2020, and a briefing schedule was set for the Government to file a motion for a protective order. (ECF No. 32.) On May 11, 2020, the Government filed a motion for a protective order under seal. (ECF No. 33.) Pursuant to the briefing schedule Defendant's opposition to the motion was due on June 29, 2020. (ECF No. 32.) The time for Defendant to file an opposition has passed and no opposition has been filed.

    Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Defendant SHALL SHOW CAUSE IS WRITING why the Government's motion for a protective order should not be deemed unopposed.

IT IS SO ORDERED.

Dated:   **July 1, 2020**

                                                UNITED STATES MAGISTRATE JUDGE