# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00052-SAB |
|---|---|
| Plaintiff, | ORDER DISCHARGING JULY 1, 2020 ORDER TO SHOW CAUSE AND REQUIRING UNITED STATES TO RESPOND TO DEFENDANT'S NOTICE OF NON-OPPOSITION TO MOTION FOR PROTECTIVE ORDER |
| v. | |
| REYNALDO VILLANUEVA, | |
| Defendant. | |
| | FIVE DAY DEADLINE |

An informal telephonic conference was held in this matter on April 30, 2020, and a briefing schedule was set for the Government to file a motion for a protective order. (ECF No. 32.) On May 11, 2020, the Government filed a motion for a protective order under seal. (ECF No. 33.) During the informal conference, the parties agreed to extend the deadline for Defendant to file an opposition to the motion as the motion for a protective order may become moot. Pursuant to the briefing schedule Defendant's opposition to the motion was due on June 29, 2020. (ECF No. 32.) Defendant did not file an opposition and on July 1, 2020, an order issued requiring Defendant to show cause why the motion for a protective order should not be deemed unopposed. (ECF No. 60.) On July 6, 2020, Defendant filed a notice of non-opposition to the motion. (ECF No. 61.) Defendant does not oppose the motion stating it is now moot. (Id.)

As Defendant asserts that the motion is now moot, as discussed during the April 30, 2020 informal conference, the Government shall be required to file a response to the notice of non-opposition indicating whether the motion is now moot or if the motion for a protective order

should be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 1, 2020 order to show cause is DISCHARGED; and
2. Within **five (5) days** of the date of entry of this order, the Government shall file a response to Defendant's notice of non-opposition.

IT IS SO ORDERED.

Dated:   **July 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE